IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT S. JESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0075 |
| | ) | Judge Trauger |
| HSA/RN TONYA TAYLOR, A. BAKER, | ) | Magistrate Judge Griffin |
| DR. F/N/U CHERRY, and F/N/U MOLOKWU, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On November 1, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Motion to Dismiss And For Summary Judgment (Docket No. 20) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Any appeal from this ruling will not be certified under 28 U.S.C. § 1915(a)(3) as taken in good faith.

It is so **ORDERED**.

ENTER this 25th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge